UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| K.K. and K.K., as parents, guardians, and Next friends to A.K., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:20-CV-96-DCP ) |
| CHUCK COMER, *et al.*, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 30].

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, Defendant Knox County Board of Education's Motion to Dismiss for Failure to State a Claim **[Doc. 46]** and Defendant Chuck Comer's Motion to Dismiss for Qualified Immunity **[Doc. 47]** are **GRANTED**. There being no further issues in this matter, the Clerk of Court is **DIRECTED TO CLOSE** this case.

**IT IS SO ORDERED.**

ENTER:

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT

Debra C. Poplin
United States Magistrate Judge